UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHELLE BOEHRINGER,

    Plaintiff,

v.                                        Case No.: 2:20-cv-285-FtM-38NPM

C R BARD INCORPORATED and
BARD PERIPHERAL VASCULAR
INCORPORATED,

    Defendants.
_____/

**ORDER**[1]

Before the Court is the parties' Joint Motion for Temporary Stay (Doc. 45). The parties have reached a preliminary global settlement of all cases filed by Plaintiff's counsel that arise from the underlying multidistrict litigation. So the parties seek a four-month stay to finalize their settlement. The Court exercises its discretion and stays this case. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997).

Accordingly, it is now

**ORDERED:**

(1) The parties' Joint Motion for Temporary Stay (Doc. 45) is **GRANTED**.

All proceedings in this case are **STAYED** until **February 5, 2021**.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

(2) The parties must **FILE** any dismissal papers **on or before February 5, 2021**. **Alternatively**, if the outstanding issues remain, the parties must **FILE** a joint status report regarding settlement **on or before February 5, 2021**.

(3) The Clerk is **DIRECTED** to add a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on October 8, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record