UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHELLE BOEHRINGER,

    Plaintiff,

v.                                           Case No: 2:20-cv-285-SPC-NPM

C R BARD INCORPORATED
and BARD PERIPHERAL
VASCULAR INCORPORATED,

    Defendants.
_____/

# **ORDER**[1]

Before the Court is the parties' Joint Notice of Status and Motion to Extend Stay (Doc. 47). The parties reached a global settlement of all cases filed by Plaintiff's counsel regarding the underlying multidistrict litigation. The Court granted the parties a four-month stay to finalize their settlement. (Doc. 46). Now, they seek a three-month extension because they are still in the process of finalizing that settlement. The Court exercises its discretion to extend the stay. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997).

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

1. The parties Joint Notice of Status and Motion to Extend Stay (Doc. 47) is **GRANTED**. All proceedings are **STAYED** until **May 6, 2021**.

2. The parties must **FILE** any dismissal papers **on or before May 6, 2021**. **Alternatively**, if the outstanding issues remain, the parties must **FILE** a joint status report regarding settlement by that same date.

**DONE** and **ORDERED** in Fort Myers, Florida on February 8, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record